

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00141-CR

| | | |
|---|---|---|
| JARED DOMEI MALOID, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1576238D) |
| V. | § | April 13, 2023 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to remove the $25 time payment fee from the bill of costs  It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
     Justice Dabney Bassel